

# LAW OFFICES OF LAURIE E. MORRISON

April 6, 2022

**VIA ECF**

100 Church Street, 8th Floor
New York, New York 10007

28 Valley Road, Suite #1
Montclair, New Jersey 07042

Phone: (212) 721-4051
Cell: (646) 457-8347
morrison@lemorrisonlaw.com

Hon. William F. Kuntz, II, U.S.D.J.
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201
Chambers Phone: (718) 613-2200
Case Manager: Stephanie Yu, (718) 613-2205

<u>**RE: Motión Ellison v. Housing Works, Inc.**</u>
<u>**Civ. Action No.: 21-cv-05459 (WFK) (TAM)**</u>

Dear Hon. Kuntz:

This office was recently retained by the above referenced *pro se* Plaintiff, and we filed our notice of appearance on March 29th. (Dkt. #11). Unfortunately, a breakdown in communication with the Plaintiff, Mr. Ellison, requires that we respectfully move to withdraw as counsel, effective immediately, pursuant to Local Rule 1.4.

This office deeply respects and appreciates Mr. Ellison and believes in the merits of his case. Nonetheless, we cannot continue to as counsel. Counsel discussed the same with Mr. Ellison this afternoon, and he respectfully consents to counsel's application.

As this office was counsel for Mr. Ellison for approximately one week only, our withdrawal would not prejudice the Mr. Ellison or Defendant and should not disrupt the case in any way.

The breakdown in communication also prevented counsel from effectively preparing to amend the initial Complaint, so the request to file an amended complaint by May 2, 2022 is respectfully withdrawn. (*Ref.* Order & Mot., Dkt. #13).

Mr. Ellison instead respectfully requests an extension from April 1st to June 15th to serve a Complaint on Defendant, so that Mr. Ellison can seek legal counsel. This is the second extension request and the first request was granted. (Order & Mot., Dkt. #10).

Counsel thanks the Court in advance for its time and consideration.

Respectfully Submitted,

Laurie E. Morrison, Esq.